No. 11–1023.  HELLER ET AL. *v.* FROTA OCEANICA E AMAZON-ICA S. A. ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 11–1041.  JANDA *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 11–1049.  WOODWORTH *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. 2d Cir.  Certiorari denied.

No. 11–1051.  CONCOURSE REHABILITATION & NURSING CENTER, INC. *v.* NOVELLO, INDIVIDUALLY AND AS COMMISSIONER OF NEW YORK DEPARTMENT OF HEALTH, ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 11–1073.  SOUNTRIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–1087.  FLETCHER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–1111.  MURRAY ET AL. *v.* SULLIVAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–5456.  TORRES-ALFARO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6168.  LABUFF *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–6414.  POTTS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6482.  ARPON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6568.  SARILES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6634.  DE JESUS VENTURA *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 11–6881.  BRADY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.